# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

KRISTIN MASON,  )
                 )
      Plaintiff  )
                 )     Case No.:     1:23-cv-24
      v.  )
                 )
NEWELL BRANDS DISTRIBUTION  )
LLC, SUZANNE GRIMSLEY, and  )
LORI ASHLEY PEADEN,  )
                 )
      Defendants.  )

## <u>NOTICE OF REMOVAL</u>

Defendants Newell Brands Distribution, LLC ("Newell Brands"), Suzanne Grimsley, and Lori Ashley Peaden (collectively, "Defendants"), by and through their attorneys, Steve A. Miller of Fisher & Phillips LLP, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, file this Notice of Removal to transfer this cause from the District Court for Black Hawk County, Iowa, in which it is now pending as Case No. LACV147530, to the United States District Court for the Northern District of Iowa.  In support of their Notice of Removal, Defendant states as follows:

1.      This civil action, entitled *Kristin Mason v. Newell Brands Distribution LLC, et al.*, was filed on March 20, 2023, in the District Court for Black Hawk County, Iowa, bearing Case No. LACV147530.  Defendants' counsel was provided a copy of the Petition on March 27, 2023 via an e-mail by a legal assistant at Plaintiff's Counsel's law firm Abby Stauffer requesting that Defendant Newell Brands' counsel accept service.  Defendants' counsel accepted service on behalf of Newell Brands on March 27, 2023.  Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings sent to Defendants' counsel is attached as Exhibit A.  Pursuant to 28 U.S.C. § 1446(b), this Notice of

Removal is timely, as it was filed within thirty days after Defendant Newell Brands first was provided a copy of the Petition. Further, all Defendants consent to the removal of this action.

2. Plaintiff's Petition alleges that the Defendants subjected her to sex and pregnancy discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and, the Iowa Civil Rights and violated the Family and Medical Leave Act ("FMLA") in connection with her employment with Newell Brands. *See* Exhibit A, Petition.[1]

3. Plaintiff's Petition is removable to federal court pursuant to 28 U.S.C. §§ 1331 and 1441(a) because of federal question jurisdiction; Plaintiff is asserting a cause of action arising under the laws of the United States, Title VII, 42 U.S.C. § 2000e, *et seq.* and the FMLA, *42 U.S.C.* § 12631, *et seq*. *See* Compl. ¶¶ 79-89.

4. The remainder of Plaintiff's claims are removable to federal court pursuant to 28 U.S.C. § 1441(c). In addition, Plaintiff's Iowa state law claims are based on the same alleged acts of purported discrimination and same set of operative facts. *See* Compl., Count I.

5. Moreover, the joinder and removal of Plaintiff's Iowa state law claims will be in the interests of judicial economy as it will allow this matter to be resolved at one time, instead of through companion litigation before this Court and a Iowa state court.

6. Removal to this particular venue is proper because Black Hawk County, State of Iowa, is located within the United States District Court for the Northern District of Iowa.

7. This Notice of Removal will be filed promptly with the state court, as required by 28 U.S.C. § 1446(d).

---

[1] Plaintiff's Petition will be cited to hereinafter as Compl. ¶ __.

8.    By copy of this document and in accordance with the Certificate of Service, Defendants are providing notice to all parties in this action of the filing of this Notice of Removal.

WHEREFORE, Defendants give notice of the removal of this action from the District Court of Black Hawk County, Iowa to the United States District Court for the Northern District of Iowa.

Dated: April 14, 2023          Respectfully submitted,

By:    s/ Steve A. Miller
Steve A. Miller
FISHER & PHILLIPS LLP
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
(312) 346-3179 Facsimile
smiller@fisherphillips.com

<u>**CERTIFICATE OF SERVICE**</u>

I certify that, on April 14, 2023, I filed the foregoing Notice of Removal with the Clerk of Court for the Northern District of Iowa and caused a copy of same to be service via First Class U.S. mail, postage pre-paid, upon:

Madison Fiedler-Carlson
Kathryn Leidahl
FIEDLER LAW FIRM, P.L.C.
8831 Windsor Parkway
Johnston, IA 50131
ATTORNEYS FOR PLAINTIFF

<u>*s/ Steve A. Miller*</u>
Attorney for Defendant
Newell Brands Distribution, LLC

- 4 -